OProb 12B (7/93)

# UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TEXAS**

FILED
2024 AUG -1  PM 3: 20
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Christian Guzman

**Case Number:** EP:22-CR-00916LS(1)

**Name of Sentencing Judicial Officer:** Frank Montalvo, Senior U.S. District Judge

**Date of Original Sentence:** March 30, 2023

**Original Offense:** Conspiracy to Transport Aliens, in violation of 8 U.S.C. 1324

**Original Sentence:** Twenty-four (24) months custody to run concurrently with the sentence imposed in Docket No 20190D05011 in the 384th District Court, El Paso, Texas, followed by a three (3) year term of supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** January 30, 2024

## PREVIOUS COURT ACTION

On July 30, 2024, Guzman's case was re-assigned from the docket of Senior U.S. District Judge Frank Montalvo to the docket of U.S. District Judge Leon Schydlower.

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ years, for a total term of _____ years.

[X]   To modify the conditions of supervision as follows:

  1. The defendant shall participate in and successfully terminate from residential substance abuse treatment program as instructed by the probation officer. Participation in the program may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol.

  2. The defendant must participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program, (provider, location, modality, duration, intensity, etc.). During treatment, the defendant must abstain from the use of alcohol and any and all intoxicants. The defendant' costs for this program are waived.

Christian Guzman
Docket No. EP:22-CR-00916LS(1)
**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
Page 2

## CAUSE

On July 23, 2024, Guzman provided a urine specimen at Professional Counseling and Recovery Services which yielded positive results for (meth)amphetamines. On July 30, 2024, Guzman admitted recent drug use, on more than one occasion. Guzman admitted having a drug problem and is amenable to participating in an inpatient substance abuse treatment program. As such, it is recommended that Guzman participate in an inpatient substance abuse treatment program and in continued services after successful completion of the program. Guzman is aware that continued drug use and non-compliance may result in the recommendation for an arrest warrant.

Respectfully submitted,

Noemi Ramos
U.S. Probation Officer
Office (915) 585-5581
Cellular (915) 861-8075
Date: July 30, 2024

Approved by,

David C. Trejo
Supervising U.S. Probation Officer
Office (915) 585-5576
Cellular (915) 861-8369

**THE COURT ORDERS:**

[ ] No action.

[ ] The extension of supervision as noted above.

[x] The modification of conditions as noted above.

[ ] Other

Leon Schdlower, U.S. District Judge

August 1, 2024
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by Law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **The defendant shall participate in and successfully terminate from residential substance abuse treatment program as instructed by the probation officer. Participation in the program may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol.**

2. **The defendant must participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program, (provider, location, modality, duration, intensity, etc.). During treatment, the defendant must abstain from the use of alcohol and any and all intoxicants. The defendant' costs for this program are waived.**

Witness: _Noemi Ramos_
Noemi Ramos
U.S. Probation Officer

Signed: _Christian Guzman_
CHRISTIAN GUZMAN
Defendant

Date: July 30th 2024